# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan



THE PEOPLE OF THE UNITED STATES,
FOR THE USE OF MICHAEL ELLIOT POWELL

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

BOND NO. 21059972

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case:2:23-cv-11504
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 06-26-2023 At 09:19 AM
CMP POWELL V BOND NO.21059972 (LG)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | THE PEOPLE OF THE UNITED STATES |
   | Street Address | 211 W. Fort Street, Suite 2001 |
   | City and County | Detroit Wayne County |
   | State and Zip Code | Michigan 48226 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

For The Use Of Plaintiff,

    MICHAEL ELLIOT POWELL

    4 Deer Creek Road

    Pomona Los Angeles County

    California (91766)

Defendant No. 1

| | |
|---|---|
| Name | BOND NO. 21059972 |
| Job or Title *(if known)* | Wayne Couny Prosecutor's Office |
| Street Address | 1441 St. Antoine |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____.

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Detroit Wayne County Michigan

B. What date and approximate time did the events giving rise to your claim(s) occur?
(See dates on the attached documentary evidence; return receipts)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On account of Bond No. 210599722, payment was tendered, to the Court Administration (of the State of Michigan), by sufficient surety (doing business for Plaintiff), to be deposited into the court registry, as security, for full and private settlement, in the name and to the credit of Michigan Courts; A true copy of an undersigned letter (affidavit) with attachment, release order (for the court's entry) and certificate of service, was served on the Third Circuit Court Clerk and every other party; Plaintiff was surrendered, by surety, to the custody of Raphael Washington Wayne County Sheriff, to satisfy liability, effect exoneration of agent, and for the release of special bond to be approved by the judge. For Raphael Washington to approve, return, and deposit into the court registry to secure settlement (see attached documentary evidence; return receipts).

The Court Administration (of the State of Michigan) retained or converted to their own use, or to the use of another, property belonging in the court registry. Raphael Washington failed to deposit (or book-entry) Plaintiff into the court registry. Matthew Stoloff and court officers (of the State of Michigan), generally, after demand by surety (the party entitled thereto), unlawfully retained property coming into their hands by virtue of their official relation, position or employment, and retaining or converting to their own use or to the use of another property belonging in the registry of the court, not in dispute, paid into court by third-party surety to secure settlement.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Deprivation of rights, including, but not limited to, human rights, right to keep and bear arms, and also, without due process, private property taken for public use, without just compensation.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Bond No. 21059972- Damages ($3,180);

2. 18 U.S. Code § 646- Class D Felony Fine ($500,000.00) Whoever, being a clerk or other officer of a court of the United States, fails to deposit promptly any money belonging in the registry of the court, or paid into court or received by the officers thereof, with the Treasurer or a designated depositary of the United States, in the name and to the credit of such court, or retains or converts to his own use or to the use of another any such money, is guilty of embezzlement and shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. This section shall not prevent the delivery of any such money upon security, according to agreement of parties, under the direction of the court; and

3. 18 U.S. Code § 645- Class D Felony Fine ($500,000.00) Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. It shall not be a defense that the accused person had any interest in such moneys or fund.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26th, 2023

Signature of Plaintiff: U.C.C. 1-308 All Rights Reserved Without Prejudice /s/ MICHAEL ELLIOT POWELL

Printed Name of Plaintiff: MICHAEL ELLIOT POWELL, constituent

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney: Dawn N. Ison
Bar Number:
Name of Law Firm: United States Attorney's Office
Street Address: 211 W. Fort Street, Suite 2001, Detroit
State and Zip Code: Michigan 48226
Telephone Number:
E-mail Address:





■ **UNITED STATES**
**POSTAL SERVICE**

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF57 2416 752U S**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 28, 2023, 8:15 am |
| **Location:** | LANSING, MI 48924 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | ELIZABETH T CLEMENT |

### Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

### Recipient Signature

Signature of Recipient: [signature image]

Address of Recipient: [address image]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Third Circuit Court
Attn: Office of the Clerk
1441 St. Antoine
Detroit, MI 48226

9590 9402 7279 1284 2584 72

2. Article Number (Transfer from service label)

7022 0410 0000 0765 4446

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

Special Deposit on account for full and private settlement

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7279 1284 2584 72

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mr. Michael Elliot Powell
c/o P.O. Box 7021
Detroit, Michigan USA [48207]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wayne County Prosecutor's Office
   Attn: Matthew Stoloff
   1441 St. Antoine
   Detroit, MI 48226

   9590 9402 7279 1284 2584 65

2. Article Number (Transfer from service label)

   2022 0410 0000 0765 4743

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   Special Deposit on account for full and private settlement

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 7279 1284 2584 65

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

   Mr. Michael Elliot Powell
   c/o P.O. Box 7021
   Detroit, Michigan USA [48207]

UNITED STATES
POSTAL SERVICE

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0000 0765 4446**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | February 27, 2023, 12:27 pm |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | JG GG |
| Address of Recipient: | 1443 Anton |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 0410 0000 0765 4743**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 27, 2023, 12:32 pm |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | MATTHEW STOLOFF |

### Shipment Details

**Weight:** 5.0oz

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raphael Washington
Wayne County Sheriff
4747 Woodward Ave
Detroit, MI 48201

9590 9402 4929 9063 6769 02

2. Article Number (Transfer from service label)
RF 572 418 285 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mark Taylor
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Mark Taylor

C. Date of Delivery
11/4/22

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below:  ☐ No

Special Deposit on account

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ all
☐ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**UNITED STATES POSTAL SERVICE**

June 26, 2023

Dear MICHAEL ELLIOT POWELL:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF57 2418 285U S**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 4, 2022, 10:30 am |
| **Location:** | DETROIT, MI 48201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | RAPHAEL WASHINGTON |

### Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

### Recipient Signature

**Signature of Recipient:** *Mark Taylor / Mark Taylor*

**Address of Recipient:** 4747 WOODWARD AVE, DETROIT, MI 48201

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**18 U.S.C.**
United States Code, 2021 Edition
Title 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 31 - EMBEZZLEMENT AND THEFT
Sec. 646 - Court officers depositing registry moneys
From the U.S. Government Publishing Office, www.gpo.gov

### §646. Court officers depositing registry moneys

Whoever, being a clerk or other officer of a court of the United States, fails to deposit promptly any money belonging in the registry of the court, or paid into court or received by the officers thereof, with the Treasurer or a designated depositary of the United States, in the name and to the credit of such court, or retains or converts to his own use or to the use of another any such money, is guilty of embezzlement and shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

This section shall not prevent the delivery of any such money upon security, according to agreement of parties, under the direction of the court.

(June 25, 1948, ch. 645, 62 Stat. 726; Pub. L. 103–322, title XXXIII, §330016(1)(H), (2)(H), Sept. 13, 1994, 108 Stat. 2147, 2148; Pub. L. 104–294, title VI, §606(a), Oct. 11, 1996, 110 Stat. 3511.)

#### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §185 (Mar. 4, 1909, ch. 321, §99, 35 Stat. 1106; May 29, 1920, ch. 214, §1, 41 Stat. 654).

The smaller punishment for an offense involving $100 or less was inserted for the reasons outlined in reviser's notes to sections 641 and 645 of this title.

Minor changes were made in phraseology.

#### EDITORIAL NOTES

##### AMENDMENTS

**1996**—Pub. L. 104–294 substituted "$1,000" for "$100".

**1994**—Pub. L. 103–322, §330016(2)(H), substituted "shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned" for "shall be fined not more than the amount embezzled, or imprisoned".

Pub. L. 103–322, §330016(1)(H), substituted "fined under this title" for "fined not more than $1,000" after "he shall be".

#### EXECUTIVE DOCUMENTS

##### TRANSFER OF FUNCTIONS

Functions of all officers of Department of the Treasury, and functions of all agencies and employees of such Department, transferred, with certain exceptions, to Secretary of the Treasury, with power vested in him to authorize their performance or performance of any of his functions, by any of such officers, agencies, and employees, by Reorg. Plan No. 26 of 1950, §§1, 2, eff. July 31, 1950, 15 F.R. 4935, 64 Stat. 1280, 1281, set out in the Appendix to Title 5, Government Organization and Employees. The Treasurer of the United States, referred to in this section, is an officer of Department of the Treasury.

**18 U.S.C.**
United States Code, 2021 Edition
Title 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 31 - EMBEZZLEMENT AND THEFT
Sec. 645 - Court officers generally
From the U.S. Government Publishing Office, www.gpo.gov

# §645. Court officers generally

Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

It shall not be a defense that the accused person had any interest in such moneys or fund.

(June 25, 1948, ch. 645, 62 Stat. 726; Pub. L. 103–322, title XXXIII, §330016(1)(H), (2)(G), Sept. 13, 1994, 108 Stat. 2147, 2148; Pub. L. 104–294, title VI, §606(a), Oct. 11, 1996, 110 Stat. 3511.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §186 (May 29, 1920, ch. 212, 41 Stat. 630).

The smaller punishment for an offense involving $100 or less was inserted to conform to section 641 of this title which represents a later expression of congressional intent.

Minor changes were made in phraseology.

### EDITORIAL NOTES

#### AMENDMENTS

**1996**—Pub. L. 104–294 substituted "$1,000" for "$100".

**1994**—Pub. L. 103–322, §330016(2)(G), substituted "be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned" for "be fined not more than double the value of the money so embezzled or imprisoned".

Pub. L. 103–322, §330016(1)(H), substituted "fined under this title" for "fined not more than $1,000" after "he shall be".

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
THE PEOPLE OF THE UNITED STATES,
FOR THE USE OF MICHAEL ELLIOT POWELL

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dawn N. Ison
United States Attorney's Office
211 W. Fort Street, Suite 2001., Detroit, MI 48226

## DEFENDANTS
BOND NO. 21059972

County of Residence of First Listed Defendant Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Matthew Stoloff
Wayne County Prosecutor's Office
1441 St. Antoine, Detroit, MI 48226

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENS

Case: 2:23-cv-11504
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 06-26-2023 At 09:19 AM
CMP POWELL V BOND NO.21059972 (LG)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| [X] 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| [X] 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / Other: | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S. Code 656- Court officers depositing registry moneys; 18 U.S. Code 655- Court officers generally
Brief description of cause:
Embezzlement

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $1,003,180.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE Kevin J. Cox DOCKET NUMBER 22-000969-01-FH

DATE: June 26th, 2023
SIGNATURE OF ATTORNEY OF RECORD
MICHAEL ELLIOT POWELL, constituent.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: Third Judicial Circuit Court

   Case No.: 22-000969-01-FH

   Judge: HONORABLE KEVIN J. COX

Notes :

[ Save ]  [ Print ]  [ Reset ]  [ Exit ]