Certified Account # 7021 2720 0000 7665 2502

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372

**OFFICIAL BUSINESS**

**CLERK INSTRUCTIONS**

June 27th, 2023



We, the people of the united states of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2, US Constitution.

United States District Court

Eastern District of Michigan

Office of the Clerk of the Court

231 West Lafayette Boulevard

Detroit, Michigan 48226

RE: Court File No. 23-11504; Bond No. 21059972

F I L E D

JUN 29 2023

CLERK'S OFFICE
DETROIT

Clerk of the Court:

You will find enclosed, for filing, the following:

1. An undersigned letter w/ attachment and order (for the court's entry) to be direct to the judge, in camera; and

2. Certificates of service

If you have any questions, comments, or concerns please contact the undersigned. Thank you in advance for your attention upon this matter.

Mr. Michael Elliot Powell

Interested Party

Certified Account # 7021 2720 0000 7665 2502

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372

**OFFICIAL BUSINESS**

**AFFIDAVIT**

We, the people of the united states of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2, US Constitution.

United States District Court

Eastern District of Michigan

231 West Lafayette Boulevard

Detroit, Michigan 48226

RE: Court File No. 23-11504; Bond No. 21059972

HONORABLE TERRENCE G. BERG United States District Court Judge:

I, Michael Elliot Powell, a fully constitutionally empowered human being, and surety on account of the above referenced case, hereby state under the penalty of perjury, under the laws of the United States of America, the following:

1. I am the registered owner of the property pledged in the attached security;

2. I tendered payment to the Court Administration (of the United States), for full and private settlement (of the principal sum and interest thereon at 6 per cent per annum), secured by the above-mentioned security (see attached copy);

3. I am entitled to enforce the obligation (of the United States) incurred and obtain an order directing payment to me;

4. I do not waive any of my rights (including, but not limited to, human rights, the right to keep and bear arms, and due process, with just compensation, for private property taken for public use);

5. I am not the plaintiff; I am a human being (as distinguished from the "person" who initiated lawsuit);

6. I have first priority to amounts from the assets and estate of plaintiff;

7. In the event that I am eventually exonerated in said matter, this court is authorized, concurrent with State courts, and requested to execute, and acknowledge the release of my certified check;

8. In the event it is determined that I am not entitled to payment, and at the verified request of defendant, in writing, this court is authorized to enter judgement against plaintiff and to submit this document together with the order forfeiting the ownership and the security as conclusive evidence of default;

9. Defendant, or a person who asserts a right of possession or any ownership interest in the defendant must file a verified statement of right or interest within 14 days after the execution of process, or within the time that the court allows; the statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action; an agent, bailee, or attorney must state the authority to file a statement of right or interest on behalf of another; and a person who asserts a right of possession or any ownership interest must serve an answer within 21 days after filing the statement of interest or right; and

10. This court lacks subject matter jurisdiction.

Accordingly, in the interest of justice for all, I demand the order of the court released to me, withdrawn and credited, without warrant all asset, estate, title & interest provided for on account under said security, at the address above, and all claims and proceedings against the undersigned related to the matter in question cease.

_____

Mr. Michael Elliot Powell

Constituent

STATE OF Michigan )

)§§

COUNTY OF Wayne )

The statement herein–above was signed before me, a duly commissioned Notary Public, on the ___27___ day of June , 2023, by the Constituent herein named.

_____

Notary Public

My Commission Expires: 5/14/27

Seal:

WAYNE WATSON II
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires MAY 14, 2027
Acting in the County of Wayne



Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES, FOR THE USE OF MICHAEL ELLIOT POWELL | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |
| -v- | ) ) |
| BOND NO. 21059972 | ) ) ) |
| _____ | ) |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) |

Case:2:23-cv-11504
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 06-26-2023 At 09:19 AM
CMP POWELL V BOND NO.21059972 (LG)

FILED

JUN 29 2023

CLERK'S OFFICE
DETROIT

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | THE PEOPLE OF THE UNITED STATES |
| Street Address | 211 W. Fort Street, Suite 2001 |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

For The Use Of Plaintiff,

MICHAEL ELLIOT POWELL

4 Deer Creek Road

Pomona Los Angeles County

California (91766)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

|  |  |
|---|---|
| Name | BOND NO. 21059972 |
| Job or Title *(if known)* | Wayne Couny Prosecutor's Office |
| Street Address | 1441 St. Antoine |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan 48226 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ .

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ .  Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____.

        and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
    Detroit Wayne County Michigan

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?
    (See dates on the attached documentary evidence; return receipts)

_____

Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   **What are the facts underlying your claim(s)?**  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

On account of Bond No. 210559722, payment was tendered, to the Court Administration (of the State of Michigan), by sufficient surety (doing business for Plaintiff), to be deposited into the court registry, as security, for full and private settlement, in the name and to the credit of Michigan Courts; A true copy of an undersigned letter (affidavit) with attachment, release order (for the court's entry) and certificate of service, was served on the Third Circuit Court Clerk and every other party; Plaintiff was surrendered, by surety, to the custody of Raphael Washington Wayne County Sheriff, to satisfy liability, effect exoneration of agent, and for the release of special bond to be approved by the judge. For Raphael Washington to approve, return, and deposit into the court registry to secure settlement (see attached documentary evidence; return receipts).

The Court Administration (of the State of Michigan) retained or converted to their own use, or to the use of another, property belonging in the court registry. Raphael Washington failed to deposit (or book-entry) Plaintiff into the court registry. Matthew Stoloff and court officers (of the State of Michigan), generally, after demand by surety (the party entitled thereto), unlawfully retained property coming into their hands by virtue of their official relation, position or employment, and retaining or converting to their own use or to the use of another property belonging in the registry of the court, not in dispute, paid into court by third-party surety to secure settlement.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Deprivation of rights, including, but not limited to, human rights, right to keep and bear arms, and also, without due process, private property taken for public use, without just compensation.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Bond No. 21059972- Damages ($3,180);

2. 18 U.S. Code § 646- Class D Felony Fine ($500,000.00) Whoever, being a clerk or other officer of a court of the United States, fails to deposit promptly any money belonging in the registry of the court, or paid into court or received by the officers thereof, with the Treasurer or a designated depositary of the United States, in the name and to the credit of such court, or retains or converts to his own use or to the use of another any such money, is guilty of embezzlement and shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. This section shall not prevent the delivery of any such money upon security, according to agreement of parties, under the direction of the court; and

3. 18 U.S. Code § 645- Class D Felony Fine ($500,000.00) Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. It shall not be a defense that the accused person had any interest in such moneys or fund.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    June 26th, 2023

U.C.C. 1-308 All Rights Reserved Without Prejudice

Signature of Plaintiff    /s/ MICHAEL ELLIOT POWELL

Printed Name of Plaintiff    MICHAEL ELLIOT POWELL, constituent

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    Dawn N. Ison

Bar Number

Name of Law Firm    United States Attorney's Office

Street Address    211 W. Fort Street, Suite 2001, Detroit

State and Zip Code    Michigan 48226

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Michigan Courts
State Court Administrative Office
Attn: Director of Administrative Office
Chief Justice Elizabeth T. Clement
925 W. Ottawa St.
Lansing, MI 48915

9590 9402 7279 1284 2584 89

2. Article Number (Transfer from service label)
RF 572 416 752 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

Special Deposit account
for full and private
settle DTMB Define Services and
interest Agent for State of Michigan

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7279 1284 2584 89

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

Mr. Michael Elliot Powell
C/o P.O. Box 7021
Detroit, Michigan USA [48207]

**UNITED STATES POSTAL SERVICE**

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number:
**RF57 2416 752U S.**

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 28, 2023, 8:15 am |
| **Location:** | LANSING, MI 48924 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | ELIZABETH T CLEMENT |

| | |
|---|---|
| **Weight:** | 5.0oz |

| | |
|---|---|
| Signature of Recipient |  |
| Address of Recipient | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Third Circuit Court
Attn: Office of the Clerk
1441 St. Antoine
Detroit, MI 48226

9590 9402 7279 1284 2584 72

2. Article Number (Transfer from service label)

7022 0410 0000 0765 4446

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X



☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

Special Deposit on account
for full and private
settlement

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7279 1284 2584 72

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Mr. Michael Elliot Powell
c/o P.O. Box 7021
Detroit, Michigan USA [48207]

**UNITED STATES**
**POSTAL SERVICE**

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 0410 0000 0765 4446**.

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | February 27, 2023, 12:27 pm |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

**Weight:** 5.0oz

| | |
|---|---|
| Signature of Recipient:<br>(Authorized Agent) | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne County Prosecutor's
office
Attn: Matthew Stoloff
1441 St. Antoine
Detroit, MI 48226

9590 9402 7279 1284 2584 65

2. Article Number (Transfer from service label)
9029 0430 0000 0765 4743

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

Special Deposit on
account for full and
private settlement

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 7279 1284 2584 65

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mr. Michael Elliot Powell
c/o P.O. Box 7021
Detroit, Michigan USA [48207]

**UNITED STATES**
**POSTAL SERVICE**

June 26, 2023

Dear POWELL MICHAEL ELLIOT:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7022 0410 0000 0765 4743**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 27, 2023, 12:32 pm |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | MATTHEW STOLOFF |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raphael Washington
Wayne County Sheriff
4747 Woodward Ave
Detroit MI 48201

9590 9402 4929 9063 6769 02

2. Article Number (Transfer from service label)

RF 572 418 285 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Mark Taylor          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Mark Taylor                     11/4/22

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        ☐ No

Special Deposit
on account

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☑ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**UNITED STATES**
**POSTAL SERVICE**

June 26, 2023

Dear MICHAEL ELLIOT POWELL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**RF57 2418 285U S**.

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 4, 2022, 10:30 am |
| **Location:** | DETROIT, MI 48201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | RAPHAEL WASHINGTON |

**Weight:** 2.0oz

| | |
|---|---|
| **Signature of Recipient:** | *Mark Taylor* *Mark Taylor* |
| **Address of Recipient:** | 4747 WOODWARD AVE DETROIT, MI 48201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**18 U.S.C.**
United States Code, 2021 Edition
Title 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 31 - EMBEZZLEMENT AND THEFT
Sec. 646 - Court officers depositing registry moneys
From the U.S. Government Publishing Office, www.gpo.gov

## §646. Court officers depositing registry moneys

Whoever, being a clerk or other officer of a court of the United States, fails to deposit promptly any money belonging in the registry of the court, or paid into court or received by the officers thereof, with the Treasurer or a designated depositary of the United States, in the name and to the credit of such court, or retains or converts to his own use or to the use of another any such money, is guilty of embezzlement and shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

This section shall not prevent the delivery of any such money upon security, according to agreement of parties, under the direction of the court.

(June 25, 1948, ch. 645, 62 Stat. 726; Pub. L. 103–322, title XXXIII, §330016(1)(H), (2)(H), Sept. 13, 1994, 108 Stat. 2147, 2148; Pub. L. 104–294, title VI, §606(a), Oct. 11, 1996, 110 Stat. 3511.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §185 (Mar. 4, 1909, ch. 321, §99, 35 Stat. 1106; May 29, 1920, ch. 214, §1, 41 Stat. 654).

The smaller punishment for an offense involving $100 or less was inserted for the reasons outlined in reviser's notes to sections 641 and 645 of this title.

Minor changes were made in phraseology.

### EDITORIAL NOTES

#### AMENDMENTS

**1996**—Pub. L. 104–294 substituted "$1,000" for "$100".

**1994**—Pub. L. 103–322, §330016(2)(H), substituted "shall be fined under this title or not more than the amount embezzled, whichever is greater, or imprisoned" for "shall be fined not more than the amount embezzled, or imprisoned".

Pub. L. 103–322, §330016(1)(H), substituted "fined under this title" for "fined not more than $1,000" after "he shall be".

### EXECUTIVE DOCUMENTS

#### TRANSFER OF FUNCTIONS

Functions of all officers of Department of the Treasury, and functions of all agencies and employees of such Department, transferred, with certain exceptions, to Secretary of the Treasury, with power vested in him to authorize their performance or performance of any of his functions, by any of such officers, agencies, and employees, by Reorg. Plan No. 26 of 1950, §§1, 2, eff. July 31, 1950, 15 F.R. 4935, 64 Stat. 1280, 1281, set out in the Appendix to Title 5, Government Organization and Employees. The Treasurer of the United States, referred to in this section, is an officer of Department of the Treasury.

**18 U.S.C.**
United States Code, 2021 Edition
Title 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 31 - EMBEZZLEMENT AND THEFT
Sec. 645 - Court officers generally
From the U.S. Government Publishing Office, www.gpo.gov

## §645. Court officers generally

Whoever, being a United States marshal, clerk, receiver, referee, trustee, or other officer of a United States court, or any deputy, assistant, or employee of any such officer, retains or converts to his own use or to the use of another or after demand by the party entitled thereto, unlawfully retains any money coming into his hands by virtue of his official relation, position or employment, is guilty of embezzlement and shall, where the offense is not otherwise punishable by enactment of Congress, be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

It shall not be a defense that the accused person had any interest in such moneys or fund.

(June 25, 1948, ch. 645, 62 Stat. 726; Pub. L. 103–322, title XXXIII, §330016(1)(H), (2)(G), Sept. 13, 1994, 108 Stat. 2147, 2148; Pub. L. 104–294, title VI, §606(a), Oct. 11, 1996, 110 Stat. 3511.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §186 (May 29, 1920, ch. 212, 41 Stat. 630).

The smaller punishment for an offense involving $100 or less was inserted to conform to section 641 of this title which represents a later expression of congressional intent.

Minor changes were made in phraseology.

### Editorial Notes

#### Amendments

**1996**—Pub. L. 104–294 substituted "$1,000" for "$100".

**1994**—Pub. L. 103–322, §330016(2)(G), substituted "be fined under this title or not more than double the value of the money so embezzled, whichever is greater, or imprisoned" for "be fined not more than double the value of the money so embezzled or imprisoned".

Pub. L. 103–322, §330016(1)(H), substituted "fined under this title" for "fined not more than $1,000" after "he shall be".

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

231 West Lafayette Boulevard

Detroit, Michigan 48226

| RE: Court File No. 23-11504 |
| Bond No. 21059972 |

---

THE PEOPLE OF THE

UNITED STATES

                Plaintiff,

FOR THE USE OF MICHAEL ELLIOT POWELL


Vs.


BOND NO. 21059972

                Defendant

---

### FINDING AND ORDER

This Court finds that it lacks jurisdiction in the matter before it.


THEREFORE, IT IS hereby released to:


**POWELL MICHAEL ELLIOT**

**C/o 4 Deer Creek Road**

**Pomona, California USA [91766]**


with interest.


**IT IS SO ORDERED** this _____ day of _____, 2023.


_____

                                  Judge

_____

                                  Clerk

POWELL, MICHAEL ELLIOT
C/o 4 Deer Creek Road
Pomona, California USA [91766]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse<br>so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece,<br>or on the front if space permits. | A. Signature<br>X ☐ Agent<br>☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Courts<br>C/o Administrative Office<br>of the United States Courts<br>One Columbus Circle, NE<br>Washington, D.C. 20544 | D. Is delivery address different from item 1?  ☒ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>Deposit Into Court- 31 U.S. Code 9303(c)(2)<br>[Undersigned letter w/ attachment, order (for<br>the court's entry) to be direct to judge, in<br>camera, and certificates of service] |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4929 9063 6775 65

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☒ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |

2. Article Number (Transfer from service label)

RF 572 417 687 US

‖ Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

United States Courts
C/o Administrative Office
Of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

Label 200, August 2005

UNITED STATES POSTAL SERVICE

REGISTERED MAIL™

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

RF 572 417 687 US

PSN 7690-01-000-9311

POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road
Pomona, California USA [91766]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
Eastern District of Michigan
Office of the Clerk of the Court
231 West Lafayette Boulevard
Detroit, MI 48226

9590 9402 4929 9063 6775 41

2. Article Number (Transfer from service label)

7021 2720 0000 7665 2502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:  ☐ No

[True Copy] Deposit Into Court [Undersigned letter w/ attachment, order (for the court's entry) to be direct to judge, in camera, and certificates of service]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

7021 2720 0000 7665 2502

CERTIFIED MAIL

United States District Court
Eastern District of Michigan
Office of the Clerk of the Court
231 West Lafayette Boulevard
Detroit, MI 48226

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**BOND NO. 21059972**
**MATTHEW STOLOFF**
**Wayne County Prosecutor's Office**
**1441 St. Antoine, Detroit, MI 48226**

9590 9402 4929 9063 6775 34

2. Article Number (Transfer from service label)

7021 2720 0000 7665 2472

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

[True Copy] Deposit Into Court [Undersigned letter w/ attachment, order (for the court's entry) to be direct to judge, in camera, and certificates of service]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

POWELL, MICHAEL ELLIOT
C/o 4 Deer Creek Road
Pomona, California USA (91766)

BOND NO. 21059972
MATTHEW STOLOFF
Wayne County Prosecutor's Office
1441 St. Antoine, Detroit, MI 48226

7021 2720 0000 7665 2472

CERTIFIED MAIL

POWELL, MICHAEL ELLIOT
C/o 4 Deer Creek Road
Pomona, California USA [91766]

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAWN N. ISON
United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226

9590 9402 4929 9063 6775 58

2. Article Number (Transfer from service label)

7021 2720 0000 7665 2311

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                          □ Agent
                                           □ Addressee

B. Received by (Printed Name)              C. Date of Delivery

D. Is delivery address different from Item 1?  ☒ Yes
   If YES, enter delivery address below:      □ No

[True Copy] Deposit Into Court [Undersigned letter w/ attachment, order (for the court's entry) to be direct to judge, in camera, and certificates of service]

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
☒ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ ____ Mail
   ____ Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DAWN N. ISON
United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226

CERTIFIED MAIL

7021 2720 0000 7665 2311

Registered Account # RF 572 417 687 US

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372

**OFFICIAL BUSINESS**

**DEPOSIT INTO COURT**

June 27th, 2023

We, the people of the united states of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2. US Constitution.

United States Courts

Administrative Office of the United States Courts   **True Copy**

One Columbus Circle, NE

Washington, D.C. 20544

RE: Court File No. 23-11504; Bond No. 21059972

To whom it may concern:

Deposit such security herewith enclosed, into the court registry investment system, in the name and to the credit of United States Courts, as **payment**, for full and private settlement (principal and interest), not later than the third day after receipt. Using an eligible obligation instead of a surety bond for security is the same thing as using a certified check. This special bond is a registration-required bond and must be registered for interest to be exempt from levy and apportionment. To the extent there is an amount owing please direct payment to:

**POWELL MICHAEL ELLIOT**

**C/o 4 Deer Creek Road**

**Pomona, California USA [91766]**

If you have any questions, comments or concerns direct the same to the undersigned at the mailing address above. Thank you in advance for your attention upon this matter.

Mr. Michael Elliot Powell

Constituent

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

PAY TO THE ORDER OF:
UNITED STATES COURTS
C/O ADMINISTRATIVE
OFFICE OF THE UNITED
STATES COURTS
1 COLUMBUS CIRCLE, NE
WASHINGTON, DC 20544

THE PEOPLE OF THE UNITED STATES,
FOR THE USE OF MICHAEL ELLIOT POWELL

**T r u e**

)
)
)

**C o p y**

**23-11504**

Plaintiff(s)

)
)

v.

)
)

REGISTRATION REQUIRED
EXEMPT FROM LEVY
EXEMPT FROM APPORTIONMENT

BOND NO. 21059972

)
)
)

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

BOND NO. 21059972
Wayne County Prosecutor's Office
1441 St. Antoine
Detroit, MI 48226

ACCEPT FOR VALUE

x ~~M Powell~~

JUN 27 2023

EIN #61-7600206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you *28 U.S. Code 9303(c)(2)* are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FOR THE USE OF MICHAEL ELLIOT POWELL
4 Deer Creek Road, Pomona, California (91766)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/26/23

CLERK OF COURT

Signature of Clerk or Deputy Clerk

MICHAEL ELLIOT POWELL

4 Deer Creek Road

Pomona, California (91766)


OFFICIAL BUSINESS

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

June 27th, 2023


United States District Court

Eastern District of Michigan

231 West Lafayette Boulevard

Detroit, MI 48226


RE: Court File No. 23-11504; Bond No. 21059972


HONORABLE TERRENCE G. BERG United States District Court Judge:


The summons, complaint, and request for injunction herewith filed, was served on Matthew Stoloff, attorney for defendant, via U.S.P.S. Certified Mail, restricted delivery, with hardcopy and electronic return receipts. See the attached (electronic) U.S.P.S. return receipt as proof.


Certified Account # 7021 2720 0000 7665 2328

Total fees: $25.60


/s/                              MICHAEL ELLIOT POWELL

THE PEOPLE OF THE UNITED STATES,

FOR THE USE OF MICHAEL ELLIOT POWELL

Constituent


**UNITED STATES**
**POSTAL SERVICE**

June 27, 2023

Dear THE PEOPLE OF THE UNITED STATES  FOR THE USE OF MICHAEL ELLIOT POWELL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0000 7665 2328**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | June 27, 2023, 12:18 pm |
| **Location:** | DETROIT, MI 48226 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MATTHEW STOLOFF |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 4.0oz |

**Recipient Signature**

| | |
|---|---|
| **Signature of Recipient:** (Authorized Agent) | |
| **Address of Recipient:** | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

THE PEOPLE OF THE UNITED STATES,
FOR THE USE OF MICHAEL ELLIOT POWELL,
4 Deer Creek Road
Pomona, California (91766)

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BOND NO. 21059972
MATTHEW STOLOFF
Wayne County Prosecutor's Office
1441 St. Antoine, Detroit, MI 48226

9590 9402 4929 9063 6775 10

2. Article Number (Transfer from service label)

7021 2720 0000 7665 2328

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:  ☐ No

SUMMONS
COMPLAINT AND REQUEST FOR INJUNCTION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

BOND NO. 21059972
MATTHEW STOLOFF
Wayne County Prosecutor's Office
1441 St. Antoine, Detroit, MI 48226

7021 2720 0000 7665 2328

**CERTIFIED MAIL**



**UNITED STATES POSTAL SERVICE.**

```
                HARPER
           10254 GRATIOT AVE
          DETROIT, MI 48213-9998
             (800)275-8777

06/26/2023                      12:40 PM
-----------------------------------------
Product          Qty    Unit      Price
                        Price
-----------------------------------------
Priority Mail®     1               $9.35
   Detroit, MI 48226
   Weight: 0 lb 3.80 oz
   Expected Delivery Date
     Tue 06/27/2023
   Insurance                       $0.00
     Up to $100.00 included
   Restricted Del                 $10.80
     Recipient name
       MATTHEW STOLOFF
     Tracking #:
       70212720000076652328
   Return Receipt                  $3.35
     Tracking #:
       9590 9402 4929 9063 6775 10
Total                             $23.50

Priority Mail®     1               $9.35
   Detroit, MI 48226
   Weight: 0 lb 3.80 oz
   Expected Delivery Date
     Tue 06/27/2023
   Insurance                       $0.00
     Up to $100.00 included
   Restricted Del                 $10.80
     Recipient name
       MATTHEW STOLOFF
     Tracking #:
       70212720000076652328
   e-Return Receipt                $2.10
   Affixed Postage               -$20.15
     Affixed Amount: $20.15
Total                              $2.10

First-Class Mail®  1               $1.98
Large Envelope
   Detroit, MI 48226
   Weight: 0 lb 3.80 oz
   Estimated Delivery Date
     Wed 06/28/2023
   Restricted Del                 $10.80
     Recipient name
       DAWN N ISON
     Tracking #:
       70212720000076652335
   Return Receipt                  $3.35
     Tracking #:
       9590 9402 4929 9063 6775 27
Total                             $16.13

First-Class Mail®  1               $1.98
Large Envelope
   Detroit, MI 48226
   Weight: 0 lb 3.80 oz
   Estimated Delivery Date
     Wed 06/28/2023
   Restricted Del                 $10.80
     Recipient name
       DAWN N ISON
     Tracking #:
       70212720000076652335
   e-Return Receipt                $2.10
   Affixed Postage               -$12.78
     Affixed Amount: $12.78
Total                              $2.10
```

```
                                    $43.83
Debit Card Remit
   Card Name: VISA
   Account #: XXXXXXXXXXXX6884
   Approval #: 328336
   Transaction #: 589
   Receipt #: 021021
   Debit Card Purchase: $43.83
   AID: A0000000980840   Contactless
   AL: US DEBIT
-----------------------------------------

      Use label #  for inquiry on
      Return Receipt (Electronic).

   Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
    and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

     For Return Receipt (by email), visit
    USPS.com, click on Track & Manage and
   enter Tracking number; click on drop-down
    arrow under Return Receipt Electronic;
   enter name and email address and click on
              Request Email.

     Save this receipt as evidence of
   insurance. For information on filing an
             insurance claim go to
     https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

            Preview your Mail
            Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device.
```



```
          or call 1-800-410-7420.


-----------------------------------------

UFN: 252509-0213
Receipt #: 840-54810077-2-3842546-2
Clerk: 04
```



COURTS/USDC-M-E
231 W LAFAYETTE BLVD RM
DETROIT, MI 48226
(313) 234-5070

**SALE**

REF#: 00000001
Batch #: 177001    RRN: 580100001
06/26/23              09:32:27
APPR CODE: 766855

VISA                     Chip
***********6884        **/**

**AMOUNT        $402.00**

APPROVED

VISA DEBIT
AID: A000000031010
VR: 80 00 00 80 00
St: 68 00

CUSTOMER  COPY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

### Office of the Clerk
### Theodore Levin U.S. Courthouse
### 231 W. Lafayette Blvd. Fifth Floor
### Detroit, MI 48226
### Phone: (313) 234-5005

| Invoice Date: | 06/26/2023 | Initials:LG |
|---|---|---|

ICHAEL ELLIOT POWELL

| | Case No: |
|---|---|
| 21059972 | 23-11504 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Civil Case Filing Fee (including Notice of Removal) | $402.00 | $402.00 |

**Please Submit this Amount:** | **$402.00** |

**Additional Notes:**

2:23-11504 BERG/STAFFORD

**Send check or money order for the total amount due to the address listed above within thirty (30) days of the date of this Invoice.**

**Make check payable to: CLERK, UNITED STATES DISTRICT COURT.**
**Please return a copy of this Invoice with your payment.**

**THANK YOU FOR YOUR ORDER**

Generated: Jun 26, 2023 9:36AM



# U.S. District Court

## Michigan Eastern - Detroit

Receipt Date: Jun 26, 2023 9:36AM

LOBBY

Rcpt. No: 150005843                 Trans. Date: Jun 26, 2023 9:36AM                 Cashier ID: #JG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $402.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 2:23CV11504 BERG/STAFFORD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

The UPS Store #4258
269 Walker St.
DETROIT, MI   48207-4258
313-392-6000

Terminal....: POS3981A          Date.: 6/27/2023
Employee....: 171502            Time.: 06:31 PM

| ITEM NAME | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| Notary | | | $10.00 |
| | 1 @ | $10.00 | |
| Tax | | | $0.00 |
| 8.5x11 Copies | | | $2.00 |
| | 8 @ | $0.25 | |
| Tax | | | $0.12 |

| Subtotal | $12.00 |
| --- | --- |
| Shipping/Other Charges | $0.00 |
| Total tax | $0.12 |
| Total | $12.12 |
| Cash | $12.12 |

=========================

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 3 0 6 2 7 3 9 8 1 A 0 2 1 1 9 0

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win
a $250 gift card. Scan the QR code or visit
the URL below to take the survey.



https://www.research.net/r/TheUPSSt
oreCSS250?Center=3981&Creative=PRNT

NO PURCHASE NECESSARY. Void where prohibited.
Ends 1/31/24. Must be US resident 18 years or older
to enter. Limit (1) entry per person per month.
For Official Rules visit
www.TheUPSStore.com/surveyrules2023

**Need Package Help?**
(lost/damaged)
Provide details so we can help:
https://online.upscapital.com/tcup

POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road
Pomona, California USA [91766]

United States District Court
Eastern District of Michigan
Office of the Clerk of the Court
231 West Lafayette Boulevard
Detroit, MI 48226

U.S. MARSHALS



CERTIFIED MAIL

7021 2720 0000 7665 2502





U.S. POSTAGE PAID
DETROIT, MI
48201
AMOUNT
$10.20
R2304H106887-06



U.S. POSTAGE PAID
DETROIT, MI
48201
R2304H106887-06