Query   Reports   Utilities   Help   Log Out

IFP,LR11.2_NOTICE

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:23-cv-11134-MAG-DRG

Adams v. Ally Financial  
Assigned to: District Judge Mark A. Goldsmith  
Referred to: Magistrate Judge David R. Grand  
Cause: No cause code entered  

Date Filed: 05/15/2023  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

Brandon Adams             represented by   **Brandon Adams**  
2701 North Rainbow Blvd.  
#2095  
Las Vegas, NV 89108  
PRO SE  

V.

**Defendant**

Ally Financial

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2023 | 1 | COMPLAINT filed by Brandon Adams against Ally Financial (SKra) (Entered: 05/15/2023) |
| 05/15/2023 | 3 | Notice of Filing Fee Not Paid. **Correction due by 5/22/2023** (SKra) (Entered: 05/15/2023) |
| 05/15/2023 | 4 | APPLICATION to Proceed without prepaying fees or costs by Brandon Adams. (JOwe) (Entered: 05/15/2023) |
| 05/16/2023 | 5 | Notice Regarding Parties' Responsibility to Notify Court of Address Changes (JOwe) (Entered: 05/16/2023) |
| 05/30/2023 | 6 | JUDICIAL NOTICE by Brandon Adams. [SUBMITTED THROUGH PRO SE PORTAL] (NAhm) (Entered: 05/30/2023) |
| 05/31/2023 | 7 | ORDER Regarding Jurisdiction. Signed by District Judge Mark A. Goldsmith. (KSan) (Entered: 05/31/2023) |
| 05/31/2023 |   | TEXT-ONLY CERTIFICATE OF SERVICE re 7 Order on Brandon Adams,2701 North Rainbow Blvd., #2095,Las Vegas, NV 89108 (KSan) (Entered: 05/31/2023) |
| 05/31/2023 | 8 | AFFIDAVIT by Brandon Adams (DPer) (Entered: 06/01/2023) |
| 06/20/2023 | 9 | Seventh Amendment Court Date Hearing by Brandon Adams [Submitted through Pro Se Portal] (SSch) (Entered: 06/22/2023) |
| 06/22/2023 | 10 | CERTIFICATE OF Mailing by Brandon Adams [Submitted through Pro Se Portal] (SSch) |

| | | |
|---|---|---|
| | | (Entered: 06/22/2023) |
| 06/27/2023 | 11 | CERTIFICATE OF Mailing Re Summons as to Ally Financial by Brandon Adams. [Submitted through pro se portal] (NAhm) (Entered: 06/27/2023) |
| 06/28/2023 | 12 | DOCUMENT filed by Brandon Adams. (SKra) (Entered: 06/29/2023) |
| 06/30/2023 | 13 | CERTIFICATE OF Mailing by Brandon Adams. [Submitted through pro se portal] (NAhm) (Entered: 07/05/2023) |
| 07/06/2023 | 14 | DOCUMENT FILED by Brandon Adams. (SKra) (Entered: 07/06/2023)  COL FORM JULIE OWENS SENT USPS MAILING 18 USC 2071 CONCEALMENT |
| 07/06/2023 | 15 | DOCUMENT Filed by Brandon Adams. (SKra) (Entered: 07/06/2023)  USM-285 & COL FORM KINIKIA D. ESSIX 18 USC 2071 CONCEALMENT |
| 07/10/2023 | 16 | Document from Brandon Adams (Attachments: # 1 Document Continuation, # 2 Document Continuation)[Submitted through Pro Se Portal] (SSch) (Entered: 07/11/2023)  MICHIGAN COURT OF APPEALS DOCUMENTS & USPS TO COA |
| 07/10/2023 | 17 | Document from Brandon Adams [Submitted through Pro Se Portal] (SSch) (Entered: 07/11/2023)  COL FORM CLERK SKra 18 USC 2071 CONCEALMENT |
| 07/11/2023 | 18 | Document from Brandon Adams [Submitted through Pro Se Portal] (SSch) (Entered: 07/11/2023)  COL FORM CLERK SSCH 18 USC 2071 CONCEALMENT |
| 07/11/2023 | 19 | Document from Brandon Adams [Submitted through Pro Se Portal] (SSch) (Entered: 07/12/2023)  28 USC 455 RECUSAL 18 USC 2071 CONCEALMENT |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2023 09:47:18 | | | |
| **PACER Login:** | badams1273 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-11134-MAG-DRG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |